DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INDIGO REAL ESTATE LLC,** a Delaware Limited Liability Company,
Appellant,

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY,** a California
Corporation,
Appellee.

No. 4D16-4085

[October 26, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 10-38088 CACE (14).

John Borgo, Jeffrey M. Weissman, Brian S. Dervishi and Peter A. Tappert of Weissman & Dervishi, P.A., Miami, for appellant.

Jeffrey C. Schneider, Jezabel P. Lima and Chad E. Lipsky of Levine Kellogg Lehman Schneider + Grossman LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT E., Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***